UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN BOAMPONG,<br><br>Defendant | Criminal No. 20cr10321<br><br>Violations:<br><br>Count One: Interfering with a Law Enforcement Officer During the Commission of a Civil Disorder<br>(18 U.S.C. § 231(a)(3))<br><br>Count Two: Receipt of a Firearm by a Person Under Indictment for a Felony Offense<br>(18 U.S.C. § 922(n))<br><br>Count Three: Assaulting, Resisting, or Impeding Certain Officers or Employees<br>(18 U.S.C. § 111)<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924; 28 U.S.C. § 2461) |

## INFORMATION

### COUNT ONE
Interfering with a Law Enforcement Officer During the Commission of a Civil Disorder
(18 U.S.C. § 231(a)(3))

The United States Attorney charges:

On or about June 1, 2020, in the District of Massachusetts, the defendant,

JOHN BOAMPONG,

committed and attempted to commit acts to obstruct, impede, or interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce and the movement of articles and commodities in commerce and the conduct

1

and performance of a federally protected function.

All in violation of Title 18, United States Code, Section 231(a)(3).

COUNT TWO
Receipt of a Firearm by a Person Under Indictment for a Felony Offense
(18 U.S.C. § 922(n))

On or about June 1, 2020, in the District of Massachusetts, the defendant,

JOHN BOAMPONG,

knowing that he was a person under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly receive a firearm that had been shipped and transported in interstate and foreign commerce, that is, a Sig Sauer 9mm pistol, bearing serial #58H007166.

All in violation of Title 18, United States Code, Section 922(n).

<u>COUNT THREE</u>
Assaulting, Resisting, or Impeding Certain Officers or Employees
(18 U.S.C. § 111)

On or about June 1, 2020, in the District of Massachusetts, the defendant,

JOHN BOAMPONG,

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with T.S., a Task Force Officer with the Federal Bureau of Investigation's Metro Boston Gang Task Force, and other persons assisting T.S. in the performance of such duties, while T.S. and others were engaged in, and on account of the performance of, their official duties.

The United States Attorney further alleges that the offense committed herein was committed by means and use of a deadly weapon and dangerous weapon, that is, the firearm specified in Count Two. Accordingly, Title 18, United States Code, Section 111(b) is applicable to this count.

All in violation of Title 18, United States Code, Section 111.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(n), set forth in Count Two of this Information, the defendant,

JOHN BOAMPONG,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. A Sig Sauer 9mm pistol, bearing serial #58H007166; and

   b. One round of 9mm ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

                                        ANDREW E. LELLING
                                        United States Attorney

                By: _____
                       John T. Dawley, Jr.
                       Scott L. Garland
                       Assistant United States Attorneys